ROBERT SHAPIRO, ATTORNEY PRO SE
25 South Church Road, Unit #57
Maple Shade, New Jersey 08052
Tel:        (856) 779-0397
Email:      robtshapiro@yahoo.com
            vote4shapiro@outlook.com
Attorney for Pro Se Plaintiff Robert Shapiro

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Robert Shapiro | : | |
| | : | CIVIL ATION |
| Plaintiff, | : | |
| | : | **Case No.:      CV** |
| v. | : | |
| | : | |
| Donna Barber, Elections Manager, NJ DOS | : | **AFFIDAVIT/DECLARATION** |
| Division of Elections | | |
| And | : | **OF ROBERT SHAPIRO** |
| Dawn Schilling, Clerk, NJ DOS Div. of Elections | | |
| dawn.schilling@sos.nj.gov | : | |
| In their Official Capacities | : | |
| 20 West State Street, 4th Floor, Trenton, NJ | : | |
| | : | |
| Defendants. | : | |

STATE OF NEW JERSEY

COUNTY OF BURLINGTON

The undersigned, ROBERT SHAPIRO, being duly sworn, hereby deposes and says:

1.      I am over the age of 18 and am a resident of the State of New Jersey. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.

2.      I suffer no legal disabilities and have personal knowledge of the facts set forth below.

- 3 -

3.  Plaintiff, Robert Shapiro is a retired attorney and educator who passionately believes in having open ballot access in all elections.

4.  Plaintiff has been on the ballot in some jurisdiction in South Jersey in every election since 2012, , and his nominating petitions were NEVER challenged.

6.  Defendant Donna Barber is the Elections Manager in the New Jersey Department of State, Division of Elections.

7.  Defendant Dawn Schilling is a Clerk in the New Jersey Department of State Division of Elections and serves as Defendant Donna Barber's "major domo," or gate keeper against potential candidates who wish to be placed on the ballot.

8.  Plaintiff is proceeding by Order to Show Cause because a. Defendants will not respond to any other proceeding, and b. upon information and belief ballots for the November general elections will begin to be printed at the end of September.

9.  Plaintiff decided to get on the ballot for NJ CD 4 in the June 2022 Republican primary because
    a.  It is a newly created district.
    b.  Candidate Mike Crispi announced that Roger Stone, a convicted felon and Republican dirty trickster would be advising his campaign.
    c.

10. Plaintiff had an appointment for filing his nominating petitions for the Republican primary for NJ CD 4 for April 1. 2022.

11. Plaintiff's nominating petitions were initially received by the New Jersey Division of Elections without question.

12. On April 6, 2022, Plaintiff received a letter, allegedly written by Robert F. Giles, the Director of the Division of Elections stating that his five word slogan "Let's Go Brand*n –FJB" was rejected because it referred to a living person in violations of N.J.S.A. 19:23-17 and N.J.S.A. 19:23–15.1.

13. The Division of Elections could not prove that there was a living person who had the name "Brand*n."

14. The Division of Elections then stated that the letters "FJB" were offensive. Plaintiff explained that "FJB" stood for "Fresh Jersey Blueberries" and he included FJB to show his support for Jersey Blueberry farmers. Furthermore, if they found "FJB" to be offensive it was in their own sick minds that "FJB" stood for anything else.

- 4 -

15. Plaintiff and the Division of Elections came to a compromise, whereby Plaintiff was allowed to keep "Let's Go Brand*n" provided he deleted "FJB from his 5 word slogan.

16. Plaintiff believed that was the end of the matter, but then on April 11th a hearing was held at the Division of Elections alleging that alleging that that Plaintiff's signers don't live in the 4th district, are registered democrats are not registered voters, and/or are registered as unaffiliated voters

17. Plaintiff attempted to explain to the Honorable Elia Pelios, the Administrative Judge conducting the hearing that he had taken each signature personally, that the signers of his nominating petitions did not have to be registered Republicans when the signed his petitions. They only had to be registered Republicans before the Republican Primary in June.

18. During the course of the hearing, Plaintiff noticed that David Wildstein, the Republican political operative and "dirty trickster who masterminded the George Washington Bridge "shut down: was in attendance at the hearing.

19. Plaintiff suspected that something foul was afoot since David Wildstein, an admitted felon is as banned from participating in politics as part of a plea deal which sent Bridget Kelly, a single mother, to jail in his stead was in attendance.

20. Plaintiff was informed that Mr. Wildstein was in attendance as a "journalist.'

21. Plaintiff asked Karen Wall, a journalist for *NJ Patch* if she was invited to the hearing. She was not. Nor were journalists from the *Asbury Park Press* of the *Philadelphia Inquirer* invited.

22. When it became clear to Plaintiff that the Administrative Law Judge did not understand that people who signed th nominating petitions the day before the primary, Plaintiff annonced that he did not want to wasted anyone's time and that he was withdrawing his nominating petitions.

23. Shortly after Plaintiff announced that he was withdrawing his nominating petitions and wished to end the hearing Plaintiff received an email from Susan Rogers requesting that he sign a withdrawal letter prepared by the New Jersey Office of Administrative Law

24. Plaintiff would not sign that letter because it implied that his nominating petitions were defective.

25. Plaintiff prepared and signed his own letter on NJ Administrative Law letterhead which he believed allowed him to end this partisan Republican primar matter and run as an Independent.

- 5 -

26. Plaintiff subsequently registered as an Independent and began collecting signatures to run in the November general election for NJ CD 4.

27. After Plaintiff collected approximately 200 signatures of registered voters, when only 50 registered voters are requited to be on the ballot, Plaintiff then began calling the NJ Division of Elections to schedule an appointment to submit his nominating petitions.

28. Plaintiff tried speaking with either Defendant Dawn Schilling or Defendant Donna Barber but they would not accept his phone calls, only Joi Robinson, a clerk in the NJ Division of Elections would speak with him and she advised Plaintiff that both Donna Barber were either on the telephone, away from their desks or not in the office that day.

29. Finally, when Plaintiff informed Joi Robinson that he intended to file an Order to Show Cause Plaintiff received the attached letter stating that the Division of Elections would not accept his nominating petitions because N.J.S.A. 19:13-8 bar Plaintiff from ever running for that office again.

30. Plaintiff believes that N.J.S.A. 19:13-8 is unconstitutional in that it bars potential political candidates from getting on the ballot if at first they were unsuccessful in getting on the ballot.

31. Upon information and belief, David Wildstein was in attendance not as a journalist, but as a political dirty trickster and Plaintiff respectfully requests this court to make a criminal referral to the F.B. I to find out who invited Mr. Wildstein to the hearing and what he was actually doing there.

32. Respectfully,

33. Robert Shapiro

Dated: September 1, 2022.

NOTARY ACKNOWLEDGMENT

STATE OF NEW JERSEY, COUNTY OF BURLINGTON,
ss:

On this _____ day of _____, _____, before me,
_____, personally appeared Robert Shapiro, known to me
(or satisfactorily proven) to be the persons whose names are subscribed to the within

- 6 -

*Robert Shapiro*

NOTARY ACKNOWLEDGMENT

STATE OF NEW JERSEY, COUNTY OF BURLINGTON, ss:

On this 1st day of September, 2022, before me, Theresa Guido, personally appeared Robert Shapiro, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within Affidavit, and, being first duly sworn on oath according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her, and that the matters stated herein are true to the best of his/her information, knowledge and belief.

In witness whereof I hereunto set my hand and official seal.

Theresa Guido

Notary Public

Theresa Guido
Notary Public, State of New Jersey
Comm. # 50183807
My Commission Expires 2/4/2027

_____

Title (and Rank)

My commission expires 2|4|2027

- 6 -