**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
U.S. District Court for the District of New Jersey

ROBERT SHAPIRO

            Plaintiff,

v.                                    Case No.: 3:22–cv–05396–MAS–LHG
                                       Judge Michael A. Shipp

DONNA BARBER, et al.

            Defendant.

**Notice Of Call For Dismissal Pursuant to Local Civil Rule 41.1(a)**

    Please take notice that the above−captioned action, having been pending for more than 90 days, without any proceeding having been taken therein, will be called at the Clarkson S. Fisher Building & US Courthouse, 402 East State Street, Trenton, NJ before Judge Michael A. Shipp on 3/7/2023 or as soon thereafter as the same may be reached, and unless sufficient reason to the contrary is shown, the case will be dismissed for lack of prosecution in accordance with Local Civil Rule 41.1(a).

    **NO APPEARANCE IS REQUIRED.** Counsel of record or unrepresented parties may show good cause by affidavit setting forth what good faith efforts to prosecute this action have been made and what further efforts are intended. If said affidavit has not been filed before the return date, counsel of record or unrepresented parties may be required to appear before the Court, to show good cause why this action should not be dismissed for lack of prosecution.

                                                         Very truly yours,

                                                         CLERK OF COURT
                                                         By Deputy Clerk, jdb

cc Plaintiff:
ROBERT SHAPIRO
25 SOUTH CHURCH ROAD #57
MAPLE SHADE, NJ 08052

If applicable, counsel of record is directed to serve this notice to their client, whose street and post office address do not appear in the complaint as directed by Local Civil Rule 10.1, and to provide proof of service to the Court.